USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/23/2023

## LANKLER SIFFERT & WOHL LLP

1185 AVENUE OF THE AMERICAS
NEW YORK, N.Y. 10036
+1.212.921.8399 | www.lswlaw.com

May 22, 2023

BY ECF

Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    Motion for Redaction of Electronic Transcript
                   *United States v. Robert Wise*, S1 23 Cr. 73

Dear Judge Vyskocil:

      We represent defendant Robert Wise in *United States v. Robert Wise*, S1 23 Cr. 73. We write to request redactions to the electronic transcript of the plea hearing held on April 25, 2023 (ECF Dkt. No. 9).

      The text we seek to redact constitutes "medical records, treatment and diagnosis," one of the six categories of information that call for the exercise of caution in the Notice Regarding Privacy and Public Access to Electronic Civil and Criminal Case Files issued by this Court.[1] Upon filing this motion, we will email to Your Honor's chambers the redaction request to be submitted to the court reporter, specifying the text sought to be redacted.

      The government takes no position on this request.

Respectfully submitted,

Angela Zhu

GRANTED. The transcript of the plea hearing may be redacted as requested. However, an unredacted version of the transcript shall be filed on the docket under seal. SO ORDERED.

Date: 5/23/2023
New York, New York

Mary Kay Vyskocil
United States District Judge

---

[1] *See* https://www.nysd.uscourts.gov/sites/default/files/pdf/egovtact042005.pdf.