```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | 1:23-cr-73-MKV |
| ROBERT WISE, | ORDER |
| Defendant. | |

MARY KAY VYSKOCIL, United States District Judge:

A *Curcio* hearing is hereby scheduled for July 25, 2023 at 2:00 PM.

**SO ORDERED.**

Dated: July 11, 2023
New York, NY

_____
**MARY KAY VYSKOCIL
United States District Judge**