USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/28/2023

# LANKLER SIFFERT & WOHL LLP

1185 Avenue of the Americas
New York, N.Y. 10036
+1.212.921.8399 | www.lswlaw.com

November 27, 2023

BY ECF

Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Robert Wise*, S1 23 Cr. 73

Dear Judge Vyskocil:

We represent defendant Robert Wise in the above-captioned case. In our sentencing submission filed on November 20, 2023 (docket entries 26 and 26-1 through 26-4), we inadvertently failed to redact personal contact information of two individuals who wrote letters in support of Mr. Wise. Those letters are contained in Exhibit C, which is docket entry 26-2 ("Original Docket Entry 26-2"). Upon discovering this oversight, we contacted Your Honor's Chambers and were referred to the ECF Help Desk, which has placed Original Docket Entry 26-2 temporarily under seal, pending Your Honor's ruling on this letter motion.

Pursuant to Local ECF Rule 21.7, attached to this letter motion is a corrected version of docket entry 26-2 ("Corrected Docket Entry 26-2"), with the previously omitted redactions of personal contact information now appearing on pages 4 and 16. Corrected Docket Entry 26-2 is otherwise identical to Original Docket Entry 26-2. We respectfully ask the Court to order that Original Docket Entry 26-2 be permanently sealed, and be replaced on the public docket with Corrected Docket Entry 26-2.

We sincerely apologize for the oversight and inconvenience.

Respectfully submitted,

/s/Jillian B. Berman

Jillian B. Berman

---

**Granted. SO ORDERED.**

Date: 11/28/2023
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge