**LANKLER SIFFERT & WOHL LLP**

1185 AVENUE OF THE AMERICAS
NEW YORK, N.Y. 10036
+1.212.921.8399 | www.lswlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2024

January 24, 2024

**BY ECF**

Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    Motion for Redaction of Electronic Transcript
                *United States v. Robert Wise*, S1 23 Cr. 73

Dear Judge Vyskocil:

    We represent defendant Robert Wise in *United States v. Robert Wise*, S1 23 Cr. 73. We write to request redactions to the electronic transcript of the sentencing hearing held on December 4, 2023 (ECF Dkt. No. 34).

    The text we seek to redact constitutes "medical records, treatment and diagnosis," one of the six categories of information that call for the exercise of caution in the Notice Regarding Privacy and Public Access to Electronic Civil and Criminal Case Files issued by this Court.[1] Upon filing this motion, we will email to Your Honor's chambers the redaction request to be submitted to the court reporter, specifying the text sought to be redacted.

    The government consents to this request.

                                        Respectfully submitted,

                                        Angela Zhu

**The request to redact the below designated portions of the transcript of the sentencing hearing containing certain medical information is hereby GRANTED. SO ORDERED.**

Date: 2/5/2024
New York, New York

                Mary Kay Vyskocil
                United States District Judge

---

[1] *See* https://www.nysd.uscourts.gov/sites/default/files/pdf/egovtact042005.pdf.

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :         S1 23 Cr. 73 (MKV)
            v.                                              :
                                                            :
ROBERT WISE,                                                :
                  Defendant.                                :
                                                            :
------------------------------------------------------------X
```

# REDACTION REQUEST - TRANSCRIPT

Please find below a requested redaction in the public transcript of the sentencing hearing held in the above-captioned matter on December 4, 2023. (ECF Dkt. No. 34.) A separate Motion for Redaction of Electronic Transcript was filed before the Honorable Mary Kay Vyskocil (ECF Dkt. No. 39), a copy of which has been served on the Court Reporter via email.

| Page | Lines | Text | Request |
|---|---|---|---|
| 23 | 8–10 | ███████████████████████████ | *Full redaction requested* |

2

| Page | Lines | Text | Request |
|------|-------|------|---------|
| 25 | 7–25 |  | *Full redaction requested* |
| 26 | 1–7 | | *Full redaction requested* |
| 26 | 16–18 | | *Full redaction requested* |
| 27 | 9–10 | | *Full redaction requested* |

| Page | Lines | Text | Request |
|---|---|---|---|
| 37 | 6 | ███████████ | *Full redaction requested* |
| 40 | 7–9 | ███████████ | *Full redaction requested* |
| 40 | 10–11 | ███████████ | *Full redaction requested* |
| 40 | 12–14 | ███████████ | *Full redaction requested* |
| 41 | 17 | ███████████ | *Full redaction requested* |
| 43 | 14–15 | ███████████ | *Full redaction requested* |

Dated: January 24, 2024

LANKLER SIFFERT & WOHL LLP

By: *Angela Zhu* (signature)
Angela Zhu
1185 Avenue of the Americas
New York, NY 10036
azhu@lswlaw.com
(212) 921-8399

*Counsel for Defendant Robert Wise*

3